**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOBY FRAIRE, ) | Case No. CV 15-2157-DSF (JPR) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| T. PEREZ, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Dismissing Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 5/26/15

_____
DALE S. FISCHER
U.S. DISTRICT JUDGE